IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03641-RTG

JEANNE M. MCCARTHY,

    Plaintiff,

v.

PARKER POLICE DEPARTMENT COLORADO,
LESLIE MATTERN, Badge # 2104,
CASEY CASHMAN, Badge # 0106, and
CHRISTINE DURBIN, PPD Dispatch,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

    Plaintiff['s] Motion for Extension of Time or Continuance (ECF No. 7), filed on December 10, 2025, is **granted** as follows: Plaintiff shall file a second amended complaint, as directed in the November 17, 2025 Order (ECF No. 6), **on or before January 16, 2026.**

Dated:  December 11, 2025