FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2:07 pm, Feb 13, 2026
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.25-CV-03641-RTG

Jeanne M McCarthy

Plaintiff,

v.

Parker Police Department, of Colorado

Leslie Mattern, Casey Cashman, Christine Durbin, Mark Terreault,

Alyssa Vossler,

Douglas County District Attorneys

Defendants.

---

**PLAINTIFF MOTION FOR**

**30 DAY EXTENSION OF TIME OR CONTINUANCE**

---

I, JEANNE MCCARTHY, Plaintiff in this case, respectfully request:

**1. An extension of time to file with the Court:**

Dear Judge:

My amended complaint, as directed by the Court, is currently due on February 17, 2026.

I respectfully ask this court to grant a third extension of time to complete my general complaint form for a new due date of March 17, 2026.

While I have made great progress thus far, I must add two additional defendants who played an integral role in the events underlying this complaint. Including them is necessary to ensure the filing is complete and accurate.

I am currently working with a limited-scope attorney whose availability is limited, and he is out of the office until Tuesday, February 17th. With the expanded scope of defendants, the matter has become significantly more complex I have submitted an application to the Pro Bono Panel and await their reply.

Meantime, I am actively contacting and interviewing independent attorneys in an effort to secure full representation. Managing these additions while pursuing counsel has proven demanding beyond my present capacity as a self represented litigant.

2. This will be my third request for an extension.

3. For these reasons, I respectfully ask the Court to grant a third extension to complete and submit the complaint.

February 13, 2026.

Respectfully submitted,

**DATED: February 13th, 2026 BY:**

_Jeanne McCarthy_

Jeanne McCarthy