FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:50 am, Feb 17, 2026
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __25__-cv-__03641__-__RTG__

Jeanne McCarthy,

    Plaintiff(s),

v.

Parker Police Department, Leslie Mattern, Casey Cashma,

    Defendant(s).

## MOTION FOR APPOINTMENT OF COUNSEL

I am a [✓] plaintiff [ ] defendant **[Select which side you are in your case]** in this case and am currently not represented by counsel. I believe that I am unable to proceed with the assertion of my [✓] claims [✓] defenses **[Select what is appropriate to your case]** in this case without the assistance of counsel. I believe I qualify for the appointment of counsel from the Civil Pro Bono Panel.

Under the court's Civil Pro Bono Representation rule, D.C.COLO.LAttyR 15, a judicial officer of this court may enter an Appointment Order authorizing appointment by the clerk of a member of the court's Civil Pro Bono Panel when the following considerations weigh in favor of appointment:

(1) the nature and complexity of the action **[Describe below:]**

I am filing a 4th and 14th Amendment violation against the Police Department a_
individual officer's. I would be extremely grateful to receive assistance in comple_
and then some guidance in forging forwards from there. At the moment, I am pe_

(2) the potential merit of the claims or defenses of the unrepresented party;

I was aggressively removed from my garage and arrested within 4 minutes with

(3) the demonstrated inability of the unrepresented party to retain an attorney by other means;

Unfortunately, I am financially facing hardships. I am the sole caretaker of my 4

and

(4) the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel:

Sometimes, officers acting under color of law over-step their boundaries by abus

I feared this officer, and that's not normal. Trust, not fear, is needed to build a str

D.C.COLO.LAttyR 15(f)(1)(B); *Hill v. SmithKline Beecham Corp.*, 393 F.3d 1111, 1115 (10th Cir. 2004).

I am aware that **I am obligated, as a party in this case representing myself, to meet all obligations and deadlines imposed** under the law and the rules of procedure, local rules, and the practice of standards of this court until appointed counsel formally enters an appearance in this case. I also confirm that I understand that, in the event this motion is granted, **there is no guarantee that appointment of counsel results in an attorney(s) automatically entering an appearance in this case** – only

that a member of the Civil Pro Bono Panel will review the case for possible representation.

**[Please check one or both of the following options:]**

✓    **General Representation** – I request that appointment of volunteer counsel be granted by the court for *general* representation in this civil action subject to the rules and procedures set forth in D.C.COLO.LAttyR 15.

☐    **Limited Representation** – I request that appointment of volunteer counsel be granted by the court for the *limited* representation purpose of:

<u>I currently have  limited scope representation, for which I am grateful. However, I confirm that aI have not conferred with appointing council  as I am still working</u>

<u>[examples of purposes for limited representation include amending a pleading / drafting a motion / appearing at a conference, hearing, or trial / assisting with a settlement conference / etc.]</u>

I understand that counsel's *limited* representation may be allowed in accordance with D.C.COLO.LAttyR 2(b)(1), under the auspices of the Civil Pro Bono Panel program and its benefits.

I confirm that I have conferred with the opposing counsel in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a) [1].

---

[1] [**Note:** Local Rule D.C.COLOLCivR 7.1(a) requires a party (including an unrepresented party) to confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party about the subject of their motion before filing the motion and to describe the specific efforts to fulfill this duty. However, the duty to confer is not required under the local rules for a motion filed in a case involving an unrepresented prisoner.]

Dated at  Parker  *(city)*,  CO *(state)*, this  12th day  February , 201 2026 .

Jeanne McCarthy
(Unrepresented Party's Name)

11577 Larkspur Dr
(Address)

720-477-8717
(Phone Number)