IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03641-RTG

JEANNE M. MCCARTHY,

    Plaintiff,

v.

PARKER POLICE DEPARTMENT COLORADO,
LESLIE MATTERN, Badge # 2104,
CASEY CASHMAN, Badge # 0106, and
CHRISTINE DURBIN, PPD Dispatch,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

    Plaintiff['s] Motion for 30 Day Extension of Time or Continuance (ECF No. 13), filed on February 13, 2026, is **granted** as follows: Plaintiff shall file a second amended complaint, as directed in the November 17, 2025 Order (ECF No. 6), **on or before March 18, 2026.**

    Plaintiff's Motion(s) for Appointment of Counsel (ECF Nos. 14, 15 & 16) are **denied without prejudice** as premature. This action is in initial review under D.C.COLO.LCivR 8.1(a). If the case is drawn to a presiding judge following completion of initial review, Plaintiff may renew her request for appointment of volunteer counsel at that time.

Dated:  February 18, 2026