**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

ALFRED A. ARRAJ UNITED STATES COURTHOUSE

901 19TH STREET

DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

RETURN FOR POSTAGE

25-cv-3641-RTG

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 02 2026

JEFFREY P. COLWELL
CLERK

#14 -16

Jeanne M. Mcarthy
11577 Larkspur Drive
Parker, CO 80134