# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*2:57 pm, Mar 17, 2026*
**JEFFREY P. COLWELL, CLERK**

Civil Action No.  25-CV-03641-RTG


Jeanne M McCarthy

Plaintiff,

v.

Leslie Mattern, Casey Cashman,

Christine Durbin, Mark Terreault,

Alyssa Vossler, _

Douglas County District Attorney's

Defendant(s).

---

## [PLAINTIFF'S OR DEFENDANT(S)' MOTION FOR

## EXTENSION OF TIME OR CONTINUANCE

---

I, Jeanne M McCarthy, Plaintiff  in this case, respectfully request**: An extension of**

**time to file with the Court:**


2  I have received  3  prior extensions.


3. Dear Judge:

My amended complaint, as directed by the court, is currently due on March 18, 2026.

I respectfully renew my request for a fourth extension of time to complete my complaint, as additional necessary matters remain pending. I am asking for a new deadline of April 18, 2026.

This extension is necessary because I have requested a copy of the Court's transcript, which provides essential facts beyond memory recall of the trial held in early July.

I spoke to the Douglas County Clerk today, and she confirmed that the transcript request is still being processed. While awaiting communication from counsel, I remain focused on completing the final draft of this complaint.

Accordingly, I respectfully request a 30-day extension in light of the foregoing to preserve my rights within the Statute of Limitations.

Respectfully submitted,

**DATED: 3/16/2026  BY:**_____*Jeanne McCarthy*_____ _

[Signature]

Jeanne M McCarthy, Plaintiff Pro Se