IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03641-RTG

JEANNE M. MCCARTHY,

     Plaintiff,

v.

PARKER POLICE DEPARTMENT COLORADO,
LESLIE MATTERN, Badge # 2104,
CASEY CASHMAN, Badge # 0106, and
CHRISTINE DURBIN, PPD Dispatch,

     Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE RICHARD T. GURLEY

     Plaintiff['s] Motion for 30 Day Extension of Time or Continuance (ECF No. 19), filed on March 17, 2026, is **granted** as follows: This is Plaintiff's fourth request for an extension of time. Plaintiff shall file a second amended complaint, as directed in the November 17, 2025 Order (ECF No. 6), **on or before April 20, 2026.**

Dated:  March 18, 2026