FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8:23 am, Apr 20, 2026
JEFFREY P. COLWELL, CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No.  25-CV-03641-RTG

Jeanne M McCarthy

Plaintiff,

v.

Leslie Mattern, Casey Cashman,

Christine Durbin, Mark Terreault,

Alyssa Vossler, _

Douglas County District Attorney's

Defendant(s).

---

## [PLAINTIFF'S OR DEFENDANT(S)' MOTION FOR

## EXTENSION OF TIME OR CONTINUANCE

---

I, Jeanne M McCarthy, Plaintiff  in this case, respectfully request**: An extension of**

**time to file with the Court:**

2  I have received  4  prior extensions.

3. Dear Judge:

My amended complaint, as directed by the court, is currently due on April 20, 2026.

I am grateful for the previous extension(s) granted by your honor.  I return, with the utmost respect, as I seek additional time to execute due diligence in representing myself. I did not receive the requested transcript and learned that my public defender hasn't replied due to being inundated with a situation of case overload.  To secure my rights, I respectfully request an extension of time. I am asking for a new deadline of May 30, 2026.

This extension is necessary as I need to re-route and take the dreaded detour.

I spoke with the Douglas County Clerk today, and the transcript was received. The public defender, however, did file a motion for an extension of time, which I was told was granted until May 15/2026. While awaiting communication from counsel, I remain focused on completing the final draft of this complaint. The original court transcript contains supportive content.

I respectfully request a 30-day extension of time to complete and submit my general complaint.

Respectfully submitted,

**DATED: 3/16/2026  BY:** _Jeanne McCarthy_

[Signature]

Jeanne M McCarthy, Plaintiff Pro Se