IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03641-RTG

JEANNE MCCARTHY,

      Plaintiff,

v.

LESLIE MATTERN, Officer,
CASEY CASHMAN, Officer,
MARK TERRAULT, Sergeant, and
CHRISTINE DURBIN, PPD Dispatch,

      Defendants.

---

## ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c).

Accordingly, it is

ORDERED that this case shall be DRAWN to a presiding judge and, if applicable, to a magistrate judge. It is

FURTHER ORDERED that the Plaintiff's [Fifth] Motion for Extension of Time (ECF No. 21), filed on April 20, 2026, is **denied as moot**. Plaintiff filed an amended pleading (ECF No. 22) by the deadline set in the March 18, 2026 minute order (ECF No. 20).

DATED May 29, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge