Case No. 1:25-cv-03641-SKC-CYC    Document 34    filed 06/26/26    USDC Colorado
pg 1 of 2
Case No. 1:25-cv-03641-SKC-CYC    Document 32-3    filed 06/03/26    USDC Colorado
pg 1 of 1

**U.S. Department of Justice**
United States Marshals Service

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2026 JUN 26 AM 10: 48

JEFFREY P. COLWELL 2026 JUN -5 P 8: 40
CLERK

BY _____ DEP. CLK

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF JEANNE MCCARTHY | COURT CASE NUMBER 25-cv-03641-SKC-CYC |
|---|---|
| DEFENDANT Leslie Mattern et al | TYPE OF PROCESS S/C |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Mark Terrault |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 18600 Lincoln Meadows Pkwy. Parker, CO 80134 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Jeanne M. McCarthy 11577 Larkspur Drive Parker, CO 80134 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

## PERSONAL SERVICE

| Signature of Attorney other Originator requesting service on behalf of: s/ J. Roberts, Deputy Clerk | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 303-844-3433 | DATE 06/03/2026 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 4 | District of Origin No. B13 | District to Serve No. B13 | Signature of Authorized USMS Deputy or Clerk _____ McHill | Date 6/5/2026 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date 06-22-26 | Time 1535 | ☐ am ☒ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

| Service Fee $130 | Total Mileage Charges (including endeavors) $33.35 | Forwarding Fee N/A | Total Charges $163.35 | Advance Deposits N/A | Amount owed to U.S. Marshal* or (Amount of Refund*) $163.35 |
|---|---|---|---|---|---|

REMARKS

No longer employed w/ PPD.

1:2025-CV-03641

Capture V

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  25-cv-03641-SKC-CYC

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mark Terrault

was received by me on *(date)* 06-10-2026 .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because no longer employed w/ PPD ; or

❑ Other *(specify):*

My fees are $ 33.35 for travel and $ 130.00 for services, for a total of $ 163.35 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06-22-26 _____
                                            *Server's signature*

OUSM Luke R. Viscont
_____
*Printed name and title*

901 19th St, Denver, Co 80294
_____
*Server's address*

Additional information regarding attempted service, etc: