IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03641-RTG

JEANNE M. McCARTHY

      Plaintiff,

v.

PARKER POLICE DEPARTMENT COLORADO,
OFFICE LESLIE MATTERN, Badge #2104,
OFFICER CASEY CASHMAN, Badge #0106,
SERGEANT MARK TERRAULT, and
CHRISTINE DURBIN, PPD Dispatch,

      Defendants.

---

**DEFENDANTS LESLIE MATTERN AND CASEY CASHMAN'S UNOPPOSED MOTION FOR THIRTY-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

---

The Defendants Leslie Mattern and Casey Cashman ("Defendants"), by and through their attorneys, Wilson Elser Moskowitz Edelman & Dicker LLP, request that this Court enter an Order granting the Defendants a 30-day extension of time until and through August 17, 2026 to answer or otherwise respond to the Plaintiff's Complaint. In support thereof, the Defendants state as follows:

**D.C.COLO.LCIVR 7.1 CERTIFICATION**

The Defendants certify that they have discussed this Motion with the Plaintiff. The Plaintiff has no objection to the requested extension of time.

1.      Defendants Mattern and Cashman were served in this matter on June 25 and July 6 respectively.

2. The undersigned attorneys will be representing Defendants Mattern and Cashman and Defendants Terreault and Durbin when and if they are served under Fed.R.Civ.P. Rule 4.

3. The Defendants request that this Court enter an Order granting the Defendants an extension of time until and through August 17, 2026, to answer or otherwise respond to the Plaintiff's Complaint.

4. The undersigned attorneys were only recently retained to represent them and the attorneys require additional time to discuss the case with the Defendants, evaluate the case and formulate an Answer.

5. Accordingly, the Defendants request that the Court extend the deadline by which the Defendants shall answer or respond to the Plaintiff's Complaint until and through August 17, 2026. The Defendants submit that good cause exists for the granting of this motion and no prejudice will arise from the requested extension of time.

WHEREFORE, Leslie Mattern and Casey Cashman request that this Court enter an Order granting them an extension of time until and through August 17, 2026 to respond to the Plaintiff's complaint.

Respectfully submitted this 13th day of July 2026.

/s/ Victor M. Morales
Victor M. Morales
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700
Denver, Colorado 80202
Tel: (303) 572-5300
Fax: (303) 573-5301
Email: vmorales@wilsonelser.com

*Attorneys for Defendants Leslie Mattern and Casey Cashman*

## CERTIFICATE OF SERVICE

I certify that on this 13ᵗʰ day of July 2026, a true and correct copy of the foregoing **DEFENDANTS LESLIE MATTERN AND CASEY CASHMAN'S UNOPPOSED MOTION FOR THIRTY-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** was electronically filed with the Clerk of Court and served to the parties of record using the CM/ECF system.

*/s/ Victor M. Morales*

Victor M. Morales
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700
Denver, Colorado 80202
Tel: (303) 572-5300
Fax: (303) 573-5301
Email: vmorales@wilsonelser.com

*Attorneys for Defendants Leslie Mattern and Casey Cashman*