IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03641-SKC-CYC

JEANNE M. McCARTHY

      Plaintiff,

v.

PARKER POLICE DEPARTMENT COLORADO,
OFFICE LESLIE MATTERN, Badge #2104,
OFFICER CASEY CASHMAN, Badge #0106,
SERGEANT MARK TERRAULT, and
CHRISTINE DURBIN, PPD Dispatch,

      Defendants.

---

**DEFENDANT CHRISTINE DURBIN'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

---

The Defendant Christine Durbin ("Defendant Durbin"), by and through her attorneys, Wilson Elser Moskowitz Edelman & Dicker LLP, requests that this Court enter an Order granting Defendant an extension of time until and through August 17, 2026 to answer or otherwise respond to the Plaintiff's Complaint.  In support thereof, the Defendant states as follows:

**D.C.COLO.LCIVR 7.1 CERTIFICATION**

The Defendant certifies that she has discussed this Motion with the Plaintiff.  The Plaintiff has no objection to the requested extension of time.

1.      Defendant Durbin was served July 20, 2026.  Under the Federal rules, Defendant Durbin is required to Answer the Complaint on or before August 10, 2026.

2.      The undersigned attorneys are representing Defendants Mattern and Cashman and will also be representing Defendant Terreault when and if he is served under Fed.R.Civ.P. Rule 4.

3.      Defendants Mattern and Cashman were granted an extension of time to answer or otherwise respond to Plaintiff's Complaint until and through August 17, 2026.

4.      Defendant Durbin requests that this Court enter an Order granting the Defendant a concomitant extension of time until and through August 17, 2026, to answer or otherwise respond to the Plaintiff's Complaint.

5.      The undersigned attorneys were only recently retained to represent them and the attorneys require additional time to discuss the case with Defendant Durbin, evaluate the case and formulate an Answer.

6.      Accordingly, Defendant Durbin requests that the Court extend the deadline by which the Defendant shall answer or respond to the Plaintiff's Complaint until and through August 17, 2026.  Defendant Durbin  submits that good cause exists for the granting of this motion and no prejudice will arise from the requested extension of time.

WHEREFORE, Defendant Christine Durbin requests that this Court enter an Order granting her an extension of time until and through August 17, 2026 to respond to the Plaintiff's complaint.

2

Respectfully submitted this 28th day of July 2026.

/s/ Victor M. Morales
Ryan A. Williams
Victor M. Morales
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700
Denver, Colorado 80202
Tel: (303) 572-5300
Fax: (303) 573-5301
Email: vmorales@wilsonelser.com

*Attorneys for Defendant Christine Durbin*

## CERTIFICATE OF SERVICE

I certify that on this 27ᵗʰ day of July 2026, a true and correct copy of the foregoing **DEFENDANT CHRISTINE DURBIN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** was electronically filed with the Clerk of Court and served to the parties of record using the CM/ECF system.

<u>/s/ Victor M. Morales</u>
Ryan A. Williams
Victor M. Morales
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700
Denver, Colorado 80202
Tel: (303) 572-5300
Fax: (303) 573-5301
Email: vmorales@wilsonelser.com

*Attorneys for Defendant Christine Durbin*

4