Case No. 1:25-cv-03641-SKC-CYC    Document 41    filed 07/29/26    USDC Colorado
pg 1 of 2
Case No. 1:25-cv-03641-SKC-CYC    Document 32-4    filed 06/03/26    USDC Colorado
pg 1 of 1

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JEANNE MCCARTHY | 1:25-cv-03641-SKC-CYC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Leslie Mattern et al | S/C |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Christine Durbin

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
18600 Lincoln Meadows Pkwy. Parker, CO 80134

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Jeanne M. McCarthy<br>11577 Larkspur Drive<br>Parker, CO 80134 | Number of process to be served with this Form 285 — 1 |
| | Number of parties to be served in this case — 1 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

## PERSONAL SERVICE

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| s/ J. Roberts, Deputy Clerk | | 303-844-3433 | 06/03/2026 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | No. B13 | No. B13 | Yuna mcriel | 6/5/2026 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☒ pm |
|---|---|---|---|
| | 07-20-26 | 1619 | |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $260.00 | $66.76 | N/A | $326.76 | N/A | $326.76 |

REMARKS

Endeavor #1
Travel - $33.35
Fee - $130.00
Total - $163.35

Endeavor #2
Travel - $33.35
Fee - $130.00
Total - $163.35

Travel - $66.70
Total - Fee - $260.00
Total - $326.70

1: 2025-CV-03641

Captured

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  25-cv-03641-SKC-CYC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Christine Durbin

was received by me on *(date)* 06-10-2026 .

☒ I personally served the summons on the individual at *(place)* Parker Police Department

on *(date)* 07-20-2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 66.70 for travel and $ 260.00 for services, for a total of $ $326.70 0.00 JW .

I declare under penalty of perjury that this information is true.

Date: 07-20-2026

_____
*Server's signature*

DUSM Luke R. Visconti
*Printed name and title*

901 19th St. Denver, Co 80204
*Server's address*

Additional information regarding attempted service, etc:

Endeavor #1: Travel - $33.35 | Fee - $130.00 | Total - $163.35

#2: Travel $33.35 | Fee $130.00 | Total $163.35