IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03641-SKC-CYC

JEANNE M. McCARTHY

      Plaintiff,

v.

PARKER POLICE DEPARTMENT COLORADO,
OFFICE LESLIE MATTERN, Badge #2104,
OFFICER CASEY CASHMAN, Badge #0106,
SERGEANT MARK TERRAULT, and
CHRISTINE DURBIN, PPD Dispatch,

      Defendants.

---

**DEFENDANTS LESLIE MATTERN, CASEY CASHMAN AND CHRSTINE DURBIN'S MOTION TO VACATE SCHEDULING CONFERENCE AND ALL ASSOCIATED DEADLINES**

---

The Defendants Leslie Mattern, Casey Cashman and Christine Durbin ("Defendants"), by and through their attorneys, Wilson Elser Moskowitz Edelman & Dicker LLP, request that this Court enter an Order Vacating the Scheduling Conference and all Associated Deadlines.  In support thereof, the Defendants state as follows:

**D.C.COLO.LCIVR 7.1 CERTIFICATION**

The Defendants certify that they have discussed this Motion with the Plaintiff.  The Plaintiff has no objection.

Defendants Mattern, Cashman and Durbin ("Defendants") respectfully request this Court vacate the August 6, 2026 Scheduling Conference and all associated deadlines, and state as follows:

1.  *Pro se* Plaintiff filed this lawsuit on November 12, 2025 (Dkt. No. 1), First Amended Complaint on November 13, 2025 (Dkt. 4), and Second Amended Complaints on April 20, 21, 24 and 27 [Dkt Nos. 22-26].

2.  On June 8, 2026, the Court set the Scheduling Conference for August 6, 2026 at 10:15 a.m. (Dkt. No. 33).

3.  The undersigned attorneys were only recently retained in mid-July to represent Defendants and require additional time to discuss the case with the Defendants.

4.  Defendants Mattern, Cashman and Durbin have not yet filed their Answers or other responsive pleadings, and the case is not yet at issue.  The deadline for the served Defendants to file their answers or otherwise respond to the Second Amended Complaint is August 17, 2026.

5.  Defendant Mark Terrault has not yet been served.

6.  This is the first request to re-set the Scheduling Conference. Pursuant to Rule D.C.COLO.LCivR 6.1, a copy of this Motion is being sent to the undersigned's clients.

WHEREFORE, for the above reasons, the Defendants respectfully request that this Court vacate the August 6, 2026 Scheduling Conference and associated deadlines, and re-set the Scheduling Conference after the remaining Defendant has been served and Answers or other responsive documents have been filed.

Respectfully submitted this 3rd day of August 2026.

/s/ Victor M. Morales
Ryan A. Williams
Victor M. Morales
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700
Denver, Colorado 80202
Tel: (303) 572-5300
Fax: (303) 573-5301
Email: ryan.williams@wilsonelser.com
victor.morales@wilsonelser.com

*Attorneys for Defendants Leslie Mattern, Casey Cashman and Christine Durbin*

**CERTIFICATE OF SERVICE**

I certify that on this 3rd day of August 2026, a true and correct copy of the foregoing **DEFENDANTS LESLIE MATTERN, CASEY CASHMAN AND CHRSTINE DURBIN'S MOTION TO VACATE SCHEDULING CONFERENCE AND ALL ASSOCIATED DEADLINES** was electronically filed with the Clerk of Court and served to the parties of record using the CM/ECF system.

/s/ Victor M. Morales
Ryan A. Williams
Victor M. Morales
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700
Denver, Colorado 80202
Tel: (303) 572-5300
Fax: (303) 573-5301
Email: ryan.williams@wilsonelser.com
victor.morales@wilsonelser.com

*Attorneys for Defendants Leslie Mattern, Casey Cashman and Christine Durbin*

4