FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1:03 pm, Aug 03, 2026
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03641-SKC-CYC


JEANNE M. Mc CARTHY,


Plaintiff,


v.

PARKER POLICE DEPARTMENT COLORADO,
OFFICE LESLIE MATTERN, Badge #2104,
OFFICER CASEY CASHMAN, Badge #0106,
SERGEANT MARK TERRAULT, and
CHRISTINE DURBIN, PPD Dispatch,

Defendants.

_____


**Plaintiff's Emergency Motion for a Status Conference and request to
vacate Scheduling deadline**
_____


Plaintiff JEANNE M. Mc CARTHY, individually, requests that this

Honorable Court grants the request for a status conference with

Defendants' attorney and to vacate the current initial scheduling order

and the scheduling conference currently set for August 6th, 2026 at

10:15 a.m. and as to grounds the Plaintiff states the following:

:


1.The Case is not yet at issue because of unserved Defendant remains

outstanding. Mr. Terreault remains unserved.

2. Plaintiff has reached out to Defendants' attorney Mr. Morales and

proposed some dates.

3. Mr. Morales advised me via e-mail that he is out of the office on vacation

And will return to the office on August 5th, 2026.

4. I have also reached out to his assistant Coleen Gourley via e-mail and

have received a reply stating that defendants' attorney will be filing a

Motion for continuance. Plaintiff does not object.

5. Plaintiff recently became aware of the new address of the last unserved

Defendant and is updating the Clerk of The District Court accordingly.

5. Plaintiff has not been able to meet or confer with Defendants' attorney

as of today August 3, 2026.

6. Plaintiff is aware that Defendants' attorney has applied for a time

extension but has not received any related documents or otherwise from

his office.

Wherefore, Plaintiff respectfully asks the Court to hold a brief status conference or extend the deadlines until the Defense counsel returns and the final Defendant is successfully served.

Plaintiff,

Jeanne McCarthy

11577 Larkspur Drive

Parker CO 80134

*Jeanne McCarthy*

_____
(Plaintiff's signature)

August 3rd, 2026

## CERTIFICATE OF SERVICE

**I further certify that on August 3rd, 2026, a copy of the foregoing: "Plaintiff's Emergency Motion for a Status Conference and request to vacate Scheduling deadline"**

was mailed by first-class U.S. Mail and emailed, postage prepaid, and properly

addressed to the  following:

Ryan A. Williams

Victor M. Morales

Wilson Elser Moskowitz Edelman & Dicker LLP

1225 17th Street, Suite 1700

Denver, Colorado 80202

 Email: vmorales@wilsonelser.com