FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:46 pm, Aug 27, 2026
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25 -cv-03641 - RTG-CYC

______________________________,

Plaintiff(s),
JEANNE MCCARTHY

v.

LESLIE MATTERN, CASEY CASHMAN, CHRISTINE DURBIN, MARK TERREAULT, PARKER POLICE DEPARTMENT

Defendant(s).

## MOTION FOR APPOINTMENT OF COUNSEL

I am a ☑ plaintiff ☐ defendant **[Select which side you are in your case]** in this case and am currently not represented by counsel. I believe that I am unable to proceed with the assertion of my ☑ claims ☐ defenses **[Select what is appropriate to your case]** in this case without the assistance of counsel. I believe I qualify for the appointment of counsel from the Civil Pro Bono Panel.

Under the court's Civil Pro Bono Representation rule, D.C.COLO.LAttyR 15, a judicial officer of this court may enter an Appointment Order authorizing appointment by the clerk of a member of the court's Civil Pro Bono Panel when the following considerations weigh in favor of appointment:

(1) the nature and complexity of the action **[Describe below:]**

I have successfully navigated the initiating phases of this federal lawsuit, demon

However, the upcoming , joint discovery orders, automated discovery disclosure

compromised by Pro se procedural limitations.