U.S. Department of Justice
United States Marshals Service

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2026 SEP 11 AM 10: 50
JEFFREY P. COLWELL
CLERK

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>JEANNE M. MCCARTHY | COURT CASE NUMBER<br>25-cv-03641-SKC-CYC |
| DEFENDANT<br>LESLIE MATTERN et al | TYPE OF PROCESS<br>S/C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Mark Terreault
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 44310 Homestead Road Elizabeth, CO 80107

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jeanne M. McCarthy
11577 Larkspur Drive
Parker, CO 80134

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

PERSONAL SERVICE

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| s/ A.G. Ryan | ☒ PLAINTIFF<br>☐ DEFENDANT | 303-844-3433 | 9/2/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. B13 | No. B13 | [signature] McNill | 9/2/2026 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

Date: 09/09/26 Time: 0930 ☐ am ☐ pm

Address (*complete only different than shown above*)

Signature of U.S. Marshal or Deputy: [signature] DSO/USMS

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

1:2025-cv-03641

captured

Form USM-285
Rev. 01/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-03641-SKC-CYC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MARK TERREAULT
was received by me on *(date)* 09/02/26 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☒ I returned the summons unexecuted because UNABLE TO LOCATE ; or MOVED OUT OF STATE

☐ Other *(specify)*:

My fees are $ 102.00 for travel and $ 195.00 for services, for a total of $ 297.00 .

I declare under penalty of perjury that this information is true.

Date: 09/09/2026

JR Rodgers
*Server's signature*

JR RODGERS PSO/USMS
*Printed name and title*

212 NO. WAHSATCH
CO. SPGS, CO
*Server's address*

Additional information regarding attempted service, etc: