FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
4:29 pm, Oct 07, 2026
JEFFREY P. COLWELL, CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03641-SKC-CYC

JEANNE M. McCARTHY,

Plaintiff,

v.

OFFICER LESLIE MATTERN,
OFFICER CASEY CASHMAN,
SERGEANT MARK TERRAULT,
CHRISTINE DURBIN PPD DISPATCH,

Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE OCTOBER 14, 2026 SCHEDULING CONFERENCE AND ASSOCIATED DEADLINES**

---

Plaintiff Jeanne M. McCarthy, proceeding pro se, respectfully moves the Court to continue the Fed. R. Civ. P. 16(b) Scheduling Conference set for October 14, 2026 at 10:15 a.m., and the associated deadlines, for approximately forty-five days. In support, Plaintiff states as follows:

**D.C.COLO.LCivR 7.1(a) CERTIFICATION**

On October 7, 2026, Plaintiff conferred with counsel for Defendants Mattern, Cashman, and Durbin, Victor M. Morales, by email regarding the relief requested in this Motion. Defense counsel responded by email the same day that Defendants have no objection to this Motion.

1. By Minute Order, the Court directed the parties to hold a meeting under Fed. R. Civ. P. 26(f) and to jointly prepare a proposed Scheduling Order, to be filed no later than seven days before the Scheduling Conference. ECF No. 33. The Scheduling Conference is currently set for October 14, 2026 at 10:15 a.m. The proposed Scheduling Order is therefore due today, October 7, 2026.

2. The parties have not yet held the Rule 26(f) meeting. Rule 26(f)(1) requires that meeting to occur at least 21 days before the scheduling conference. On October 7, 2026, defense counsel sent Plaintiff a draft proposed Scheduling Order. The draft states that the Rule 26(f) meeting "will be held October 16, 2026," two days after the Scheduling Conference, and contains Plaintiff's electronic signature as "approved as submitted." Plaintiff has not reviewed the draft with defense counsel, has not approved it, and has not authorized the use of her signature on it. The draft also proposes limits on depositions and discovery that Plaintiff has not had an opportunity to discuss. Because the deadline is today, defense counsel has advised that he will file the draft and inform the Court that Plaintiff has not reviewed it. The parties have agreed to hold a Rule 26(f) telephone conference on October 12 or 13, 2026, which is fewer than 21 days before the current conference date.

3. Plaintiff is actively seeking counsel. She has an intake consultation scheduled for Friday, October 9, 2026 with a Colorado civil rights law firm that may represent her in this matter, and she has been in contact with other firms. In denying her motion for appointment of counsel without prejudice, the Court noted that Plaintiff may renew her request should her circumstances change. ECF No. 57. If counsel is retained, counsel will need a reasonable opportunity to review the file, participate in the Rule 26(f) meeting, and help prepare the proposed Scheduling Order. A short continuance will allow the parties to submit a scheduling order that reflects a real conference and will avoid later motions to amend it under Fed. R. Civ. P. 16(b)(4).

4. Defendant Mark Terrault (also known as Mark Terreault) has not been served. The United States Marshals Service returned the summons unexecuted on September 9, 2026, reporting that it was unable to locate him and that he had moved out of state. ECF No. 60.

Defendants previously asked the Court to reset the Scheduling Conference until the remaining Defendant has been served. ECF No. 42.Plaintiff is working with Defendants attorney on finding out Mr. Terrault last known address.

5. This Motion is filed seven days before the Scheduling Conference, as the Court's Minute Order requires for rescheduling requests. ECF No. 33. The Scheduling Conference has previously been reset at Defendants' request (ECF No. 42), which Plaintiff did not oppose. Plaintiff also filed a request concerning the August 6, 2026 conference. ECF No. 45. Defendants do not oppose this Motion. This request is made in good faith and not for delay, and no party will be prejudiced because discovery has not begun and the case is at an early stage.

WHEREFORE, Plaintiff respectfully requests that the Court (a) continue the October 14, 2026 Scheduling Conference to a date approximately forty-five days later, at the Court's convenience; (b) direct the parties to hold the Rule 26(f) meeting at least 21 days before the reset conference and to file a jointly prepared proposed Scheduling Order seven days before it; and (c) grant such further relief as the Court deems just.

Respectfully submitted this 7th day of October, 2026.

Jeanne McCarthy

Jeanne M. McCarthy, Plaintiff, pro se
11577 Larkspur Drive
Parker, CO 80134
Telephone: (720) 477-8717
Email: mjenann@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on October 7, 2026, a true and correct copy of the foregoing PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE OCTOBER 14, 2026 SCHEDULING CONFERENCE AND ASSOCIATED DEADLINES was served by email and by first-class U.S. Mail, postage prepaid, on:

Ryan A. Williams
Victor M. Morales
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700
Denver, Colorado 80202
ryan.williams@wilsonelser.com
victor.morales@wilsonelser.com
Attorneys for Defendants Mattern, Cashman, and Durbin

Jeanne McCarthy
Jeanne M. McCarthy