IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Cyrus Y. Chung**

Civil Action No: 25-cv-03641-SKC-CYC
Courtroom Deputy: Stephanie Price

Date: November 24, 2026
FTR: Courtroom C201

| *Parties:* | *Counsel:* |
| --- | --- |
| JEANNE M. MCCARTHY,<br><br>Plaintiff, | Pro Se |
| v. | |
| LESLIE MATTERN,<br>CASEY CASHMAN,<br>CHRISTINE DURBIN,<br><br>MARK TERRAULT,<br><br>Defendants. | Victor M. Morales |

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

**10:14 a.m. Court in session.**

Court calls case. Appearances of counsel. Ms. McCarthy appears pro se.

Discussion regarding the Proposed Scheduling Order, ECF No. 67.

Comments by the Court regarding its proposed modifications and edits to the Proposed Scheduling Order.

**ORDERED:** Each side may take up to seven (7) depositions, exclusive of experts as provided by Fed. R. Civ. P. 30(a)(2)(A)(i). The presumptive number of 25 interrogatories will be followed (§ 8(a)).

The parties propose a limitation of 25 requests for production and 25 requests for admission for each side. If during discovery either party believes they need additional requests for production or requests for admission, the Parties will confer to determine if an agreement can be reached regarding the additional requests. Any changes to the limitations

in the Scheduling Order must be approved by the Court, including those upon which the parties agree. If the Parties cannot agree upon additional requests in writing, the party seeking additional requests will file a motion to amend the Scheduling Order (§ 8(c)).

30 days before discovery cut-off (§ 8(d)).

**ORDERED:** Dispositive Motions Deadline: **No later than 10 days after the close of discovery,** a party intending to file a motion for summary judgment must meaningfully confer with the opposing party and jointly contact chambers by email to set a pre-motion status conference with the Court. If no party seeks to file a motion for summary judgment, the parties shall jointly contact Judge Crews' chambers to obtain dates for a final pretrial conference.

Rule 702 Deadline: The deadline for filing these motions is the same as the date set for the Final Pretrial Conference. In other words, if the Court sets the Final Pretrial Conference for March 5, 2026, the deadline for filing Rule 702 motions is March 5, 2026.

District Judge Crews presides over the Final Pretrial Conference which he combines with the Trial Preparation Conference. *See* Section D of District Judge Crews' Standing Order for Civil Cases. Judge Crews will set a conference date after the Dispositive Motion Deadline has passed and the Court has issued rulings on all such motions, or if no dispositive motions have been filed and the deadline is passed. The Parties' proposed Final Pretrial Order is due at least seven days before the combined Final Pretrial Conference/Trial Preparation Conference, and a Word version should also be emailed to Judge Crews' Chambers at crews_chambers@cod.uscourts.gov.

The Court confirms receipt of the pro se letter for litigants.

The parties are directed to review the discovery dispute procedures according to Magistrate Judge Chung's Practice Standards.

The Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

The Scheduling Order is approved and entered with the modifications and edits by the Court, as stated on the record.

**10:26 a.m. Court in recess.**

Hearing concluded.
Total time in court: 0:12

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 815-0487 or at scheduling@pattersontranscription.com **or** contact AB Litigation Services at (303) 629-8534.